IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LYDAARAI FOBBS,

   Plaintiff,

    v.

SUNTRUST MORTGAGE
BANCFINANCIAL,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-2583-TWT

## ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending dismissing this action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 7] is GRANTED.

SO ORDERED, this 22 day of April, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Fobbs\r&r.wpd